AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

DIRECTV, Inc.

V.

Joseph Maggi

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-30018-KPN



TO: (Name and address of Defendant)

Joseph Maggi
7 Terry Lane
Belchertown, MA 01007

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within  twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                              January 28, 2004
CLERK                                                     DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE



**Office of the Sheriff** • P.O. Box 684 • Northampton, MA 01061 • 585-0618

*Hampshire, ss.*

March 16, 2004

I hereby certify and return that on 3/16/2004 at 10:37 am I served a true and attested copy of the SUMMONS & COMPLAINT in this action in the following manner: To wit, by delivering in hand to JOSEPH MAGGI at BELCHERTOWN COMMON, BELCHERTOWN, MA 01007. In the service hereof, it was necessary and I actually used a motor vehicle 40 miles. Basic Service IH ($20.00), Conveyance ($4.50), Travel ($19.20), Copies ($2.00), Attest ($10.00) Total Charges $55.70

Deputy Sheriff FRANCIS COTE

_____
Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
             Date                 Signature of Server

                                  _____
                                  Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.