UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIRECTV, INC., )
        Plaintiff )
)
v. ) Civil Action No. 04cv30018-KPN
)
JOSEPH MAGGI, )
        Defendant )

ORDER
April 29, 2004

    Plaintiff filed a complaint in the U.S. District Court on January 28, 2004. As of this date, no answer has been filed.

    Pursuant to Local Rule 41.1(b)(1), counsel shall file a certificate describing the status of this action with the Clerk's Office by the close of business on May 21, 2004. Failure to comply with this order may result in dismissal of the matter for failure to prosecute.

KENNETH P. NEIMAN
U.S. Magistrate Judge

By:  /s/ Bethaney A. Healy
Bethaney A. Healy
Deputy Clerk