UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DIRECTV, INC., )<br>      Plaintiff )<br>)<br>v. )<br>)<br>JOSEPH MAGGI, )<br>      Defendant ) | | Civil Action No. 04-30018-KPN |

ORDER OF DISMISSAL
June 9, 2004

NEIMAN, U.S.M.J.

    Pursuant to Rule 41.1 of the Local Rules of this Court and in accordance with the Notice issued on  April 30, 2004  , it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/ Bethaney A. Healy
Deputy Clerk

(Dismiss LR41ord.wpd - 12/98)  [odismr41.]